**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 07-7023**

───────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

BERNARD NATHANIEL CHRISTIAN,

                Defendant - Appellant.

───────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (1:03-cr-00351; 1:07-cv-00229)

───────────

Submitted:  February 28, 2008      Decided:  March 5, 2008

───────────

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Bernard Nathaniel Christian, Appellant Pro Se.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bernard Nathaniel Christian appeals the district court's order denying his motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Christian, Nos. 1:03-cr-00351; 1:07-cv-00229 (D. Md. Jan. 24, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED